# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 01500 |
| Jesnique Johnson, ) | HON. Jacqueline P. Cox |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## NOTICE OF MOTION

TO: Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe St. STE 3850, Chicago, IL 60603, via electronic court notification;

Anna Valencia, City Clerk, 121 N. LaSalle Street, Room 107, Chicago, IL 60602;

See attached Service List.

Please take notice that on April 27, 2020, at 9:00 a.m., I shall appear before the Honorable Judge Jacqueline P. Cox in Courtroom 680 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on April 10, 2020.

/s/ *Steve Miljus*
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-01500<br>Northern District of Illinois<br>Eastern Division<br>Fri Apr 10 08:08:20 CDT 2020 | NAVIENT SOLUTIONS,LLC ON BEHALF OF DEPT OF E<br>PO BOX 9635<br>WILKES BARRE, PA 18773-9635 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| City of Chicago - Parking and red Light Tick<br>121 N. LaSalle Street<br>Chicago, IL 60602-1202 | City of Chicago - Parking and red Light Tick<br>Department of Revenue - PO Box 88292<br>Chicago, IL 60680 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris, P.C.<br>111 W. Jackson Blvd Ste. 600<br>Chicago, IL 60604-3517 |
| City of Detroit Parking Violations<br>1001 10th St<br>Detroit, MI 48216-1991 | City of Detroit Parking Violations<br>PO Box 2549<br>Detroit, MI 48231-2549 | Credit Acceptance Corp<br>c/o Weber & Olcese PLC<br>3250 W. Big Beaver Rd. Ste. 124<br>Troy, MI 48084-2902 |
| Credit Acceptance Corporation<br>25505 W 12 Mile Road, Suite 3000<br>Southfield, MI 48034-8331 | DEPT OF ED/NAVIENT<br>PO BOX 9635<br>WILKES BARRE, PA 18773-9635 | DTE ENERGY<br>One Energy Plaza<br>Detroit, MI 48226-1221 |
| DTE ENERGY<br>P.O. Box 740786<br>Cincinnati, OH 45274-0786 | EL-GA CRE UN<br>2303 S CENTER RD<br>BURTON, MI 48519-1147 | HARRIS & HARRIS LTD<br>111 W Jackson Blvd S-400<br>Chicago, IL 60604-4135 |
| HARRIS & HARRIS LTD<br>222 Merchandise Mart Plaza, Suite 1900<br>Chicago, IL 60654-1421 | Henry Ford Medical Center<br>2799 W Grand Blvd<br>Detroit, MI 48202-2689 | NPRTO Illinois, LLC<br>256 West Data Drive<br>Draper, UT 84020-2315 |
| Navient Solutions, LLC. on behalf of<br>Department of Education Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635 | (p)PROG LEASING LLC<br>256 WEST DATA DRIVE<br>DRAPER UT 84020-2315 | Progressive Leasing<br>256 West Data Drive<br>Draper, UT 84020-2315 |
| UNIVERSITY OF MICH CR<br>340 E HURON ST STE 100<br>ANN ARBOR, MI 48104-1946 | University of Michigan Credit Union<br>Attn.: Krystle Sheardown<br>340 East Huron Street<br>Ann Arbor, MI 48104-1909 | Village of Carol Stream<br>Po Box 76965<br>Red Light Photo Enforcement Program<br>Cleveland, OH 44101-6500 |
| Village of Maywood Finance Department, Parki<br>40 Madison St<br>Maywood, IL 60153-2323 | Village of Maywood Finance Department, Parki<br>P.O. Box 22091<br>Tempe, AZ 85285-2091 | Jesnique Johnson<br>6950 S Cregier Ave<br>Unit E<br>Chicago, IL 60649-1427 |
| Jessica A. Boone<br>The Semrad Law Firm, LLC<br>20 S. Clark Street<br>28th Floor<br>Chicago, IL 60603-1811 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Steve Miljus<br>The Semrad Law Firm, LLC<br>20 S Clark, 28th<br>Chicago, IL 60603 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Progressive Leasing
10619 South Jordan Gateway #100
South Jordan , UT 84095

End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 19 B 01500 |
| Jesnique Johnson, | ) | HON. Jacqueline P. Cox |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

**MOTION TO MODIFY PLAN**

NOW COMES the Debtor, Jesnique Johnson, by and through Debtor's attorneys, The Semrad Law Firm, LLC, and moves this Honorable Court to enter an Order modifying the Chapter 13 Plan. Debtor states as follows:

1. On January 18, 2019, the Debtor filed a petition for relief pursuant to Chapter 13, Title 11 of the United States Code.

2. On March 18, 2019, this Honorable Court confirmed the Debtor's Chapter 13 Plan, with secured creditors to be paid 100.00% of their allowed claims, and general unsecured creditors are to be paid 10.00% of their allowed claims.

3. That the confirmed Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $350.00 on a monthly basis for a term of 36 months.

4. Debtor is currently not working due to the situation caused by the spread of the Coronavirus (COVID-19). As a result, Debtor is deprived of her source of income thus she cannot afford the current payment and all other expenses.

5. Debtor seeks to defer the current Plan default through April of 2020 and suspend the May, June and July 2020 Plan payments.

6. Debtor respectfully requests this Honorable Court defer the current plan default to the end of the plan of reorganization.

7. Debtor further requests this Honorable Court to suspend Chapter 13 Trustee plan payments for three months, the months of May, June and July of 2020, with regular monthly Trustee plan payments to resume in August of 2020.

8. That Debtor filed the instant case in good faith and intends to complete the Chapter 13 Plan of reorganization.

WHEREFORE, Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order modifying the Debtor's Chapter 13 Plan in order to defer the current plan default to the end of the plan of reorganization; and

B. That this Honorable Court enter an Order suspending Debtor's Chapter 13 Trustee plan payments for three months, the months of May, June and July of 2020, with regular monthly Trustee plan payments to resume in August of 2020; and

C. That this Honorable Court Order any further relief as the Court may deem fair and proper.

Respectfully submitted,

__/s/ Steve Miljus_
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625